UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:17-CV-61990-WPD

PLANTATION SPINAL CARE CENTER,
INC., a Florida corporation, a/a/o Joseph
Laban, on behalf of itself and all others
similarly situated,

CLASS REPRESENTATION

   Plaintiff,

v.

DIRECT GENERAL INSURANCE COMPANY,

   Defendant.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER having come before the Court upon the Parties' Stipulation of Dismissal Without Prejudice, and the Court having reviewed the file and being otherwise duly advised in the premises, it is **ORDERED AND ADJUDGED** that:

The above-styled action is dismissed without prejudice, each party to bear its own attorneys' fees and costs. The Clerk shall close this case and deny any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 13th day of July, 2018.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record